# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 9, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

144781(64)

CHARLES ANTHONY LEFEVERS,
   Plaintiff-Appellee,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
   Defendant-Appellant,

and

TITAN INSURANCE COMPANY, ZURICH
AMERICAN INSURANCE COMPANY,
STEADFAST INSURANCE COMPANY,
CLARENDON NATIONAL INSURANCE
COMPANY and REDLAND INSURANCE
COMPANY,
   Defendants.
_____

SC: 144781
COA: 298216
Wayne CC: 08-116325-NF

   On order of the Chief Justice, the motion for adjournment of the oral argument on the application for leave to appeal is considered and it is granted. The Clerk is directed to place this case on the March, 2013 session calendar for argument.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2013

_____
Clerk